**Order entered January 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00523-CR

### CRISTAL PAULLETT RICHARDSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 6
### Dallas County, Texas
### Trial Court Cause No. F13-00479-X

## ORDER

The Court **GRANTS** the January 23, 2015 motion of Lori Ordiway to withdraw as appellant's counsel. We **DIRECT** the Clerk to remove Lori Ordiway as appellant's attorney of record.

We **ORDER** the trial court to appoint new counsel to represent appellant in this appeal and to transmit to this Court, within **FIFTEEN DAYS** of the date of this order, the supplemental record containing the order appointing new counsel.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Jeanine Howard, Presiding Judge, Criminal District Court No. 6; Felicia Pitre, Dallas County District Clerk; Lori Ordiway; and the Dallas County District Attorney's Office.

We **ABATE** the appeal to allow the trial court to comply with this order. The appeal will be reinstated fifteen days from the date of this order or when the order appointing new counsel is received.

/s/     ADA BROWN
            JUSTICE